### 30152. DYE v. THE STATE.

GARDNER, J. The positive evidence that the defendant was in possession of a lottery book containing original lottery chances, and a confession that he was writing chances because he could not do very much work and was "trying to make a little money in this way to live on," sustained the verdict.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 15, 1943.

*J. LeRoy Finch, Jackson L. Barwick,* for plaintiff in error.

*Lindley W. Camp, solicitor, John A. Boykin, solicitor-general, Durwood T. Pye,* contra.

DECIDED SEPTEMBER 15, 1943.

*J. LeRoy Finch, Jackson L. Barwick,* for plaintiff in error.

*Lindley W. Camp, solicitor, John A. Boykin, solicitor-general, Durwood T. Pye,* contra.